GLENN B. McCORMICK
Acting United States Attorney
District of Arizona
KATHERINE R. BRANCH
Assistant U.S. Attorney
Arizona State Bar No. 025128
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona  85004-4449
Telephone:  (602) 514-7500
Civil Fax:  (602) 514-7760
Main Fax: (602) 514-7693
Email: Katherine.Branch@usdoj.gov
*Attorneys for Defendant*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| F.R., on his own behalf and on behalf of his minor child A.A., <br><br> Plaintiff, <br><br> v. <br><br> The United States of America, <br><br> Defendant. | No. CV-21-00339-PHX-DLR <br><br> **MOTION FOR STAY** <br><br> **(Third Request)** |

The parties hereby jointly request that the Court stay all pending deadlines and hold this matter in abeyance for an additional sixty (60) days while the parties continue to explore a global settlement.  This motion is supported by the following Memorandum of Points and Authorities.

**MEMORANDUM OF POINTS AND AUTHORITIES**

Plaintiff F.R. ("Plaintiff") brings this action on behalf of himself and his minor child A.A. against the United States under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b)(1), 2671-2680 ("FTCA"), seeking damages based on his detention and separation from A.A. This action is one of several district court cases and administrative tort claims pending nationwide arising from family separations at the U.S./Mexico border during the prior

administration. The United States and the group of counsel coordinating negotiations on behalf of plaintiffs and claimants ("Coordinating Counsel") continue to make significant progress in their effort to reach a coordinated settlement of all pending cases and administrative claims.

The parties have requested two sixty (60) day stays previously. The first request was granted in May 2021 (Doc. 16), and the second request was granted in July 2021 (Doc. 18). During the stay period, the United States and Coordinating Counsel have continued to meet frequently and have narrowed their differences on important elements of the settlement framework. However, due to the scale and complexity of the settlement effort, additional time is needed to reach a final agreement.

To facilitate these ongoing discussions, the parties respectfully move the Court for an order staying this action, including all proceedings and case deadlines, for an additional period of sixty (60) days. The parties propose that, at the close of this additional 60-day stay, the parties may, depending on the progress of the settlement discussions, seek an additional stay from the Court to facilitate further settlement discussions. The parties also request that the existing answer deadline be extended sixty (60) days from September 14, 2021 to November 13, 2021.

Counsel for Plaintiff and the United States have conferred regarding this request and agreed to jointly move the Court for a stay. A proposed order is submitted herewith.

RESPECTFULLY SUBMITTED this 14th day of September, 2021.

| | |
|---|---|
| RUKIN HYLAND & RIGGIN LLP | GLENN B. McCORMICK<br>Acting United States Attorney<br>District of Arizona |
| *s/ Peter Rukin (with permission)*<br>Peter S. Rukin<br>Valerie Jean Brender<br>Jessica Lee Riggin<br>*Attorneys for Plaintiff* | *s/ Katherine R. Branch*<br>Assistant United States Attorney<br>*Attorneys for Defendant* |
| MITCHELL STEIN CAREY CHAPMAN PC | |
| *s/ Kathleen E. Brody (with permission)*<br>Kathleen E. Brody<br>Molly Patricia Brizgys<br>*Attorneys for Plaintiff* | |