# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| F.R.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>United States of America,<br><br>　　　　Defendant. | No. CV-21-00339-PHX-DLR<br><br>**ORDER** |

The Court having reviewed the parties' third Motion for Stay (Doc. 19), and good cause appearing;

**IT IS ORDERED** that the Motion is GRANTED. This action shall be stayed for sixty (60) days, until November 14, 2021. The deadline for Defendant to answer or otherwise respond to the Complaint is also extended by sixty (60) days. No further extensions of the stay will be granted.

Dated this 15th day of September, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　　Douglas L. Rayes
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge