GLENN B. McCORMICK
Acting United States Attorney
District of Arizona
KATHERINE R. BRANCH
Assistant U.S. Attorney
Arizona State Bar No. 025128
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona  85004-4449
Telephone:  (602) 514-7500
Civil Fax:  (602) 514-7760
Main Fax: (602) 514-7693
Email: Katherine.Branch@usdoj.gov
*Attorneys for Defendant*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| F.R., on his own behalf and on behalf of his minor child A.A.,<br><br>Plaintiff,<br><br>v.<br><br>The United States of America,<br><br>Defendant. | No. CV-21-00339-PHX-DLR<br><br>**MOTION FOR STAY**<br><br>**(Fourth Request)** |

The parties hereby jointly request that the Court stay all pending deadlines and hold this matter in abeyance for an additional thirty (30) days while the parties continue to explore a global settlement.  This motion is supported by the following Memorandum of Points and Authorities.

**MEMORANDUM OF POINTS AND AUTHORITIES**

Plaintiff F.R. ("Plaintiff") brings this action on behalf of himself and his minor child A.A. against the United States under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b)(1), 2671-2680 ("FTCA"), seeking damages based on his detention and separation from A.A. at the U.S./Mexico border in approximately March 2018.

The parties have requested three sixty (60) day stays previously.  The first request

was granted in May 2021 (Doc. 16), the second request was granted in July 2021 (Doc. 18), and the third request was granted in September 2021 (Doc. 20).

Over the past 60 days, the United States and the group of counsel coordinating negotiations on behalf of plaintiffs and claimants ("Coordinating Counsel") have continued to work diligently in an effort to resolve the many district court cases and administrative tort claims that have been filed by claimants across the country, arising from family separations at the U.S./Mexico border that occurred during the prior administration. An agreement has not been reached. However, a further stay will allow the parties to continue focusing their efforts on attempting to resolve these matters. Accordingly, the parties jointly request that this action, including all proceedings and case deadlines, be stayed for an additional 30 days. The parties also request that the existing answer deadline be extended thirty (30) days from November 14, 2021 to December 14, 2021. If the parties determine within the next 30 days that they are unable to reach an agreement, the parties will stipulate to lift the stay.

Counsel for Plaintiff and the United States have conferred regarding this request and agreed to jointly move the Court for a stay. A proposed order is submitted herewith.

RESPECTFULLY SUBMITTED this 12th day of November, 2021.

| | |
|---|---|
| RUKIN HYLAND & RIGGIN LLP<br><br>_s/ Peter Rukin (with permission)_<br>Peter S. Rukin<br>Valerie Jean Brender<br>Jessica Lee Riggin<br>*Attorneys for Plaintiff*<br><br>MITCHELL STEIN CAREY CHAPMAN PC<br><br>_s/ Kathleen E. Brody (with permission)_<br>Kathleen E. Brody<br>Molly Patricia Brizgys<br>*Attorneys for Plaintiff* | GLENN B. McCORMICK<br>Acting United States Attorney<br>District of Arizona<br><br>_s/ Katherine R. Branch_<br>Assistant United States Attorney<br>*Attorneys for Defendant* |