GARY M. RESTAINO
United States Attorney
District of Arizona
KATHERINE R. BRANCH
Assistant U.S. Attorney
Arizona State Bar No. 025128
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona  85004-4449
Telephone:  (602) 514-7500
Civil Fax:  (602) 514-7760
Main Fax: (602) 514-7693
Email: Katherine.Branch@usdoj.gov
*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| F.R., on his own behalf and on behalf of his minor child A.A.,<br><br>Plaintiff,<br><br>v.<br><br>The United States of America,<br><br>Defendant. | No. CV-21-00339-PHX-DLR<br><br>**MOTION FOR STAY**<br><br>**(Fifth Request)** |

    The parties jointly move the Court for an order staying this action for an additional sixty (60) days while the parties continue to engage in global settlement negotiations.  This motion is supported by the following Memorandum of Points and Authorities.

**MEMORANDUM OF POINTS AND AUTHORITIES**

    Plaintiff F.R. ("Plaintiff") brought this action in February 2021 on behalf of himself and his minor child A.A. against the United States under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b)(1), 2671-2680 ("FTCA").  Plaintiff seeks damages based on his detention and separation from A.A. at the U.S./Mexico border in approximately March 2018.

    The parties have requested four (4) stays previously.  The first request, seeking a

60-day stay, was granted in May 2021 (Doc. 16), a second 60-day stay request was granted in July 2021 (Doc. 18), a third 60-day stay request was granted in September 2021 (Doc. 20), and a 30-day stay request was granted in November 2021 (Doc. 22). This action is currently stayed until December 14, 2021. *Id.*

Since the last stay was granted, the United States and the group of counsel coordinating negotiations on behalf of plaintiffs and claimants ("Coordinating Counsel") have continued to engage in settlement discussions to resolve the many district court cases and administrative tort claims that have been filed by claimants across the country arising from family separations at the U.S./Mexico border, but require additional time for ongoing discussions. A further stay will allow the parties to continue focusing their efforts on reaching a global resolution of these matters.

In order to facilitate continued progress, the parties respectfully move the Court for an order staying this action, including all proceedings and case deadlines, for an additional sixty (60) days in order for the parties to continue to focus their attention on the ongoing settlement efforts. The parties propose that, at the close of this additional 60-day stay period, the parties may, depending on the progress of the settlement discussions, seek an additional stay from the Court. If an additional stay is not sought, the parties request that the Defendant's deadline to answer or otherwise respond to the Complaint be extended to fourteen (14) days after expiration of the stay.

Counsel for Plaintiff and the United States have conferred regarding this request and agreed to jointly move the Court for a stay. A proposed order is submitted herewith.

RESPECTFULLY SUBMITTED this 13th day of December, 2021.

RUKIN HYLAND & RIGGIN LLP

*s/ Valerie J. Brender (with permission)*
Peter S. Rukin
Valerie Jean Brender
Jessica Lee Riggin
*Attorneys for Plaintiff*

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/ Katherine R. Branch*
Assistant United States Attorney
*Attorneys for Defendant*

1  MITCHELL STEIN CAREY CHAPMAN PC

2  
3  *s/ Kathleen E. Brody (with permission)*
   Kathleen E. Brody
4  Molly Patricia Brizgys
   *Attorneys for Plaintiff*

- 3 -