# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| F.R., | No. CV-21-00339-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| United States of America, | |
| Defendant. | |

The Court having reviewed the parties' fifth Motion for Stay (Doc. 23), and good cause appearing;

**IT IS ORDERED** that the Motion is GRANTED. This action shall be stayed for sixty (60) days, until February 12, 2022, at which time the parties will advise the Court whether an additional stay is sought. The deadline for Defendant to answer or otherwise respond to the Complaint shall be fourteen (14) days after expiration of the stay.

Dated this 17th day of December, 2021.

Douglas L. Rayes
United States District Judge