Kathleen E. Brody (026331)
kathy@mscclaw.com
Molly Brizgys (29216)
molly@mscclaw.com
MITHCELL | STEIN | CAREY | CHAPMAN, PC
One Renaissance Square
2 North Central Avenue, Suite 1450
Phoenix, AZ 85004
Telephone: (602) 358-0293
Facsimile: (602) 358-0291

Peter Rukin (SBN 178336)*
prukin@rukinhyland.com
Jessica Riggin (SBN 281712)*
jriggin@rukinhyland.com
Valerie Brender (SBN 298224)*
vbrender@rukinhyland.com
RUKIN HYLAND & RIGGIN LLP
1939 Harrison Street, Suite 290
Oakland, CA 94612
Telephone: (415) 421-1800
Facsimile: (415) 421-1700

(*Admitted Pro hac vice)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| F.R., on his own behalf and on behalf of his minor child, A.A., <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, <br><br> Defendant. | No. CV-21-00339-PHX-DLR <br><br> **PLAINTIFFS' NOTICE OF INITIAL DISCLOSURES** |

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Plaintiffs served their initial disclosures on the interested parties to said action by electronic transmission to the addresses set forth below. These disclosures are based on the information reasonably available to Plaintiffs as of the date of service of these disclosures. Plaintiffs reserve the right to supplement these disclosures at a later time.

> GARY M. RESTAINO
> United States Attorney
> District of Arizona
> KATHERINE R. BRANCH
> Assistant U.S. Attorney
> Arizona State Bar No. 025128
> Two Renaissance Square
> 40 North Central Avenue, Suite 1800
> Phoenix, Arizona 85004-4449
> Telephone: (602) 514-7500
> Civil Fax: (602) 514-7760
> Main Fax: (602) 514-7693
> Email: Katherine.Branch@usdoj.gov
>
> *Attorneys for Defendant*

RESPECTFULLY SUBMITTED this 18th day of April, 2022.

RUKIN HYLAND & RIGGIN LLP

By:   */s/ Valerie Brender*

Peter Rukin
Jessica Riggin
Valerie Brender

MITCHELL | STEIN | CAREY | CHAPMAN, PC

Kathleen E. Brody
Molly Brizgys

Attorneys for Plaintiffs
