GARY M. RESTAINO
United States Attorney
District of Arizona
KATHERINE R. BRANCH
Assistant U.S. Attorney
Arizona State Bar No. 025128
40 North Central Avenue, Suite 1800
Phoenix, Arizona  85004-4449
Telephone:  (602) 514-7500
Main Fax: (602) 514-7693
Email: Katherine.Branch@usdoj.gov
*Attorneys for Defendant*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| F.R., on his own behalf and on behalf of his minor child A.A., <br><br>            Plaintiffs, <br><br> v. <br><br> United States of America, <br><br>            Defendant. | No. CV-21-00339-PHX-DLR <br><br> **NOTICE OF SERVICE OF DEFENDANT'S INITIAL DISCLOSURES** |

NOTICE IS HEREBY GIVEN that on April 18, 2022, Defendant served its Initial Disclosure Statement and Documents upon Plaintiffs through counsel via e-mail to:

Kathleen E. Brody (026331)
Molly Brizgys (29216)
MITHCELL | STEIN | CAREY | CHAPMAN, PC
kathy@mscclaw.com
molly@mscclaw.com

Valerie Brender (298224)
Brigette A. Butler (paralegal)
RUKIN HYLAND & RIGGIN LLP
vbrender@rukinhyland.com
bbutler@rukinhyland.com

RESPECTFULLY SUBMITTED this 19th day of April, 2022.

GARY M. RESTAINO
United States Attorney
District of Arizona

s/*Katherine R. Branch*
KATHERINE R. BRANCH
Assistant United States Attorney
*Attorneys for Defendant*