Kathleen E. Brody (026331)
kathy@mscclaw.com
Molly Brizgys (29216)
molly@mscclaw.com
MITCHELL | STEIN | CAREY | CHAPMAN, PC
One Renaissance Square
2 North Central Avenue, Suite 1000
Phoenix, AZ 85004
Telephone: (602) 358-0293
Facsimile: (602) 358-0291

Peter Rukin (SBN 178336)*
prukin@rukinhyland.com
Jessica Riggin (SBN 281712)*
jriggin@rukinhyland.com
RUKIN HYLAND & RIGGIN LLP
1939 Harrison Street, Suite 925
Oakland, CA 94612
Telephone: (415) 421-1800
Facsimile: (415) 421-1700

(*Admitted Pro hac vice)

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| F.R., on his own behalf and on behalf of his minor child, A.A., <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, <br><br> Defendant. | No. CV-21-00339-PHX-DLR <br><br> **PLAINTIFFS' NOTICE OF SERVED DISCOVERY RESPONSES** |

NOTICE IS HEREBY GIVEN that on February 1, 2023, Plaintiffs served their objections and responses to Defendant's first request for production of documents on the United States by electronic transmission to the addresses set forth below.

GARY M. RESTAINO
United States Attorney
District of Arizona
KATHERINE R. BRANCH
Assistant U.S. Attorney
Arizona State Bar No. 025128
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4449
Telephone: (602) 514-7500
Civil Fax: (602) 514-7760
Main Fax: (602) 514-7693
Email: Katherine.Branch@usdoj.gov

*Attorneys for Defendant*

RESPECTFULLY SUBMITTED this 7th day of February, 2023.

RUKIN HYLAND & RIGGIN LLP

By:   */s/ Peter Rukin*

Peter Rukin
Jessica Riggin

MITCHELL | STEIN | CAREY | CHAPMAN, PC

Kathleen E. Brody
Molly Brizgys

Attorneys for Plaintiffs