Kathleen E. Brody (026331)
kathy@mscclaw.com
Molly Brizgys (29216)
molly@mscclaw.com
MITCHELL STEIN CAREY CHAPMAN, PC
2600 North Central Avenue, Suite 1000
Phoenix, Arizona 85004
Telephone: (602) 358-0290
Facsimile: (602) 358-0291

Peter Rukin (SBN 178336)*
prukin@rukinhyland.com
Jessica Riggin (SBN 281712)*
jriggin@rukinhyland.com
RUKIN HYLAND & RIGGIN LLP
1939 Harrison Street, Suite 925
Oakland, California 94612
Telephone: (415) 421-1800
Facsimile: (415) 421-1700

(*Admitted Pro hac vice)

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| F.R., on his own behalf and on behalf of his minor child, A.A., <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, <br><br> Defendant. | No. CV-21-00339-PHX-DLR <br><br> **PLAINTIFFS' NOTICE OF SERVED NOTICE OF DEPOSITION** |

NOTICE IS HEREBY GIVEN that on March 1, 2023, Plaintiffs served their amended notice of deposition for Robert Heredia on the United States by e-mail to the address set forth below.

> GARY M. RESTAINO
> United States Attorney
> District of Arizona
> KATHERINE R. BRANCH
> Assistant U.S. Attorney
> Arizona State Bar No. 025128
> Two Renaissance Square
> 40 North Central Avenue, Suite 1800
> Phoenix, Arizona 85004-4449
> Telephone: (602) 514-7500
> Civil Fax: (602) 514-7760
> Main Fax: (602) 514-7693
> Email: Katherine.Branch@usdoj.gov
>
> *Attorneys for Defendant*

RESPECTFULLY SUBMITTED this 2nd day of March, 2023.

> RUKIN HYLAND & RIGGIN LLP
>
> By:   */s/ Peter Rukin*
>    Peter Rukin
>    Jessica Riggin
>
>
> MITCHELL STEIN CAREY CHAPMAN, PC
>    Kathleen E. Brody
>    Molly Brizgys
>
> Attorneys for Plaintiffs