# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| F.R.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>United States of America,<br><br>　　　　　Defendant. | No. CV-21-00339-PHX-DLR<br><br>**ORDER** |

The Court having reviewed the parties' Joint Motion to Extend Discovery Deadlines (Doc. 84), and good appearing;

**IT IS ORDERED** that the parties' joint motion is GRANTED. The case management deadlines set forth in the Court's Scheduling Order (Doc. 50) are extended as follows:

1. Deadline for Engaging in Good Faith Settlement Talks: **September 8, 2023**
2. Deadline to File Joint Report on Settlement Talks: **September 15, 2023**
3. Deposition Commencement Date: **September 1, 2023**
4. Deadline for Completion of Fact Discovery: **September 8, 2023**
5. Deadline for Plaintiffs' Full and Complete Expert Discourses as required by Rule 26(a)(2)(A)-(C) of the Federal Rules of Civil Procedure: **October 27, 2023**

1   6.  Deadline for Defendant's Full and Complete Expert Discourses as required by Rule 26(a)(2)(A)-(C) of the Federal Rules of Civil Procedure Deadline for Filing Dispositive Motions: **November 24, 2023**

7.  Deadline for Plaintiffs' Rebuttal Expert Disclosures: **December 22, 2023**

8.  Last Day to Commence Expert Depositions: **February 14, 2024**

9.  Expert Deposition Completion Date: **February 23, 2024**

10. Last Day to File Dispositive Motions: **May 3, 2024**

**IT IS FURTHER ORDERED** that the telephonic status conference set for Octobr 26, 2023 is vacated and reset for **April 4, 2024, at 9:30 a.m**. The parties will be provided with call-in information via separate email.

Dated this 3rd day of March, 2023.

Douglas L. Rayes
United States District Judge