GARY M. RESTAINO
United States Attorney
District of Arizona
KATHERINE R. BRANCH
Assistant U.S. Attorney
Arizona State Bar No. 025128
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4449
Telephone: (602) 514-7500
Civil Fax: (602) 514-7760
Main Fax: (602) 514-7693
Email: Katherine.Branch@usdoj.gov

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| F.R., on his own behalf and on behalf of his minor child A.A.,<br><br>            Plaintiff,<br><br>        v.<br><br>The United States of America,<br><br>            Defendant. | No. CV-21-00339-PHX-DLR<br><br>**NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that the parties have reached a conditional settlement in this matter. The parties will file a stipulated motion to dismiss this case with prejudice, each party to bear its own costs and fees, once the minor's portion of the settlement is approved by a court of competent jurisdiction and the settlement funds are disbursed.

The parties respectfully request that the Court stay all case management deadlines pending resolution of this matter.

RESPECTFULLY SUBMITTED this 20th day of October, 2023.

RUKIN HYLAND & RIGGIN LLP

*s/ Peter Rukin (with permission)*
Peter S. Rukin
Jessica Lee Riggin
*Attorneys for Plaintiff*

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/ Katherine R. Branch*
Assistant United States Attorney
*Attorneys for Defendant*