# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| F.R.,<br><br>  Plaintiff,<br><br>v.<br><br>United States of America,<br><br>  Defendant. | No. CV-21-00339-PHX-DLR<br><br>**ORDER APPROVING SETTLEMENT OF MINOR'S CLAIMS** |

The Court having reviewed Plaintiff's Motion for Court Approval of Settlement of Minor's Claims (Doc. 93), to which Defendant has no objection, and good cause appearing;

**IT IS ORDERED**:

1. The Court approves the settlement of the Lawsuit.
2. The Court approves the allocation of the settlement proceeds as requested between F.R. and A.A. ($45,000 to F.R., $65,000 to A.A.)
3. The Court approves placement of A.A.'s portion of the Settlement into a pooled minor's trust operated by Legacy Enhancement until A.A. reaches the age of 21.

/ / /

/ / /

/ / /

4. Plaintiffs' counsel Peter Rukin shall coordinate with F.R. and Legacy Enhancement for the execution of all necessary paperwork and the funding of the pooled minor's trust on behalf of A.A. and shall report back to the Court once funding is completed.

Dated this 1st day of November, 2023.

Douglas L. Rayes
United States District Judge