GARY M. RESTAINO
United States Attorney
District of Arizona
KATHERINE R. BRANCH
Assistant U.S. Attorney
Arizona State Bar No. 025128
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4449
Telephone: (602) 514-7500
Civil Fax: (602) 514-7760
Main Fax: (602) 514-7693
Email: Katherine.Branch@usdoj.gov

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| F.R., on his own behalf and on behalf of his minor child A.A., <br><br> Plaintiff, <br><br> v. <br><br> United States of America, <br><br> Defendant. | No. CV-21-00339-PHX-DLR <br><br> **STIPULATION TO DISMISS CASE** |

The parties, through counsel, having reached a settlement of all claims in this matter and the settlement having now been paid, hereby stipulate to dismiss this case with prejudice, with each party to bear its own attorneys' fees and costs.

RESPECTFULLY SUBMITTED this 19th day of December, 2023.

RUKIN HYLAND & RIGGIN LLP

*s/ Peter Rukin (with permission)*
Peter S. Rukin
Jessica Lee Riggin
*Attorneys for Plaintiff*

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/ Katherine R. Branch*
Assistant United States Attorney
*Attorneys for Defendant*