# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| F.R., on his own behalf and on behalf of his minor child A.A., | No. CV-21-00339-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| United States of America, | |
| Defendant. | |

The Court, having reviewed the parties' Stipulation to Dismiss Case (Doc. 95), filed on December 19, 2023,

**IT IS ORDERED** granting the Stipulation (Doc. 95) and dismissing this action in its entirety, with prejudice, each party to ear its own attorneys' fee and costs.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this action.