# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| F.R., | No. CV-21-00339-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| United States of America, | |
| Defendant. | |

The Court having reviewed the parties' Stipulation to Dismiss Case (Doc. 95), and good cause appearing;

**IT IS ORDERED** that, pursuant to the parties' stipulation, this matter is dismissed with prejudice, each party to bear their own costs and attorneys' fees.

Dated this 19th day of December, 2023.

Douglas L. Rayes
United States District Judge